## BLACKMORE et v P & G OIL & GAS CO

Ohio Appeals, 4th Dist, Meigs Co

Decided May 11, 1935

John W. Bricker, Attorney General, Columbus, William J. Ford, Columbus, and Cedric W. Clark, Prosecuting Attorney, Pomeroy, for plaintiff in error.

D. Curtis Reed, Columbus, and D. H. Peoples, Pomeroy, for defendant in error.

For full opinion see 6 OO 422; 52 Oh Ap 430.